THE STATE, EX REL. TRAN, APPELLANT, *v.* MCMACKIN, WARDEN, APPELLEE.

[Cite as *State, ex rel. Tran, v. McMackin* (1991), 62 Ohio St.3d 165.]

(No. 90–2043—Submitted June 26, 1991—Decided December 4, 1991.)

*Quang Ly Tran, pro se.*

*Lee I. Fisher,* Attorney General, and *John J. Gideon,* for appellee.

*Per Curiam.* On appeal, appellant argues that his conviction was obtained through fraud and trickery of the state and his court-appointed counsel. These allegations do not attack the jurisdiction of the sentencing court and are not grounds for issuing a writ of habeas corpus. See R.C. 2725.05 and *State, ex rel. Justice, v. McMackin* (1990), 53 Ohio St.3d 72, 558 N.E.2d 1183.

Accordingly, the judgment of the court of appeals is affirmed.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.